UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 12-2586 (DEA) |
| DENNIS JACOBS | **DETENTION ORDER** |

RECEIVED
JAN 0 8 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Nelson S.T. Thayer, Jr., Assistant United States Attorney, appearing), in the presence of Assistant Federal Public Defender David E. Schafer, attorney for defendant Dennis Jacobs, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant without bail pending trial in the above-entitled matter; the Court having considered the submissions of the parties during the hearing conducted on January 8, 2013; and for the reasons stated on the record by the Court during the hearing, IT IS, therefore, on this        day of January 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending trial is hereby granted, and the Defendant is hereby ordered detained pending trial in the above-entitled matter, but the Defendant shall have leave of the Court to present a suitable bail package on short notice.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge